IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JACK DOE 1, JACK DOE 2, JACK DOE 3, JACK DOE 4, JACK DOE 5, and JACK DOE 6, | CV. 07-1499-PK<br><br>ORDER |
| Plaintiffs, | |
| v. | |
| CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, THE BOY SCOUTS OF AMERICA, and THE CASCADE PACIFIC COUNCIL, BOY SCOUTS OF AMERICA, | |
| Defendants. | |

MARSH, Judge.

The Honorable Paul Papak, United States Magistrate Judge, filed Findings and Recommendation (#47) on August 7, 2008. The matter is before this court pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).  When either party objects to any portion of the Magistrate's Findings and Recommendation, the district court must make a *de novo* determination of that portion

1 - ORDER

of the Magistrate's report.  See 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

   Defendants Corporation of the Presiding Bishop of the Church of Jesus Christ of Latter-Day Saints and Corporation of the President of the Church of Jesus Christ of Latter-Day Saints (LDS Defendants) filed timely objections.  I have, therefore, given the file of this case a *de novo* review.

   I find no error.  Accordingly, I ADOPT the Findings and Recommendation #47 of Magistrate Judge Papak dated August 7, 2008 in its entirety.  Plaintiffs' motion (#14) to remand is GRANTED.

   IT IS SO ORDERED.

   DATED this 9___ day of October, 2008.

                                    _ /s/  Malcolm F. Marsh_____
                                    Malcolm F. Marsh
                                    United States District Judge

2 - ORDER