IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JACK DOE 1, JACK DOE 2, JACK DOE 3, JACK DOE 4, JACK DOE 5, and JACK DOE 6, | CV. 07-1499-PK |
| Plaintiffs, | JUDGMENT OF REMAND |
| v. | |
| CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, THE BOY SCOUTS OF AMERICA, and THE CASCADE PACIFIC COUNCIL, BOY SCOUTS OF AMERICA, | |
| Defendants. | |

MARSH, Judge

Based on the Record, and the record filed herewith, this action is remanded to the Circuit Court of the State of Oregon for the County of Multnomah.

IT IS SO ORDERED.

DATED this _9__ day of OCTOBER, 2008.

_/s/  Malcolm F. Marsh_____
Malcolm F. Marsh
United States District Judge

1 - JUDGMENT